1
2
3
4
5
6
7  ROBERT E. ATKINSON, ESQ.
   Nevada Bar No. 9958
8  Email: robert@kensingtonhartnett.com
   **KENSINGTON HARTNETT**
9  10120 S Eastern Ave, Suite 201
   Henderson, NV 89052
10 Telephone: (702) 617-3200
   *Attorneys for Plaintiffs*
11
12                  **UNITED STATES DISTRICT COURT**
13                        **DISTRICT OF NEVADA**
14
15
   **ERNESTINE KAHALEKAI**, an individual;
16 **HERBERT KAHALEKAI**, an individual;
   **DARREN DUNG**, an individual;                CASE NO. 10-cv-01889
17 **BARNEY BRUCKEN**, an individual;
   **MICHAEL KAWAIAEA**, an individual;
18 **MFK UNLIMITED, LLC,** a Nevada LLC,
19
               Plaintiffs;
20 v.                                            .
21 **PAULETTE KIMURA-SHIMABUKURO**, **a.k.a.**
22 **JAIMEE YOSHIZAWA**, an individual;          **ORDER**
   **GRAND CANYON II LLC**, a Nevada LLC;
23 **JAIMEE YOSHIZAWA INC. d/b/a**
   **PACIFIC CONCEPTS**, a Nevada corporation, and
24 **DOES I through X**, inclusive;
25             Defendants.
26
27
28

-1-

# ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE BY EMAIL ON DEFENDANT JAIMEE YOSHIZAWA

The Court read and considered PLAINTIFFS' EX-PARTE MOTION FOR SUBSTITUTED SERVICE BY EMAIL OR IN THE ALTERNATIVE SERVICE BY PUBLICATION ON DEFENDANT JAIMEE YOSHIZAWA (the "Motion").

Based on the facts presented and the memorandum of points and authorities in the Motion, as well as in consideration of the pleadings, papers, and other records on file in this case, the Court **GRANTS** Plaintiffs' Motion for substituted service by email on Defendant Jaimee Yoshizawa. The effective date of service of process on defendant YOSHIZAWA in this case is the date of entry of this Order.

IT IS SO ORDERED.

Dated: December  2 , 2010.

UNITED STATES DISTRICT JUDGE