UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ERNESTINE KAHALEKAI, an individual; HERBERT KAHALEKAI, an individual; DARREN DUNG, an individual; BARNEY BRUCKEN, an individual; MICHAEL KAWAIAEA, an individual; MFK UNLIMITED, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>PAULETTE KIMURA-SHIMABUKURO, a.k.a. PAULETTE SHIMABUKURO, an individual; JAIMEE YOSHIZAWA, an individual; GRAND CANYON II LLC, a Nevada limited liability company; JAIMEE YOSHIZAWA INC., d/b/a PACIFIC CONCEPTS, a Nevada corporation,<br><br>Defendants. | 2:10-CV-1889 PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' fully briefed Motion to Dismiss Plaintiffs' Third and Seventh Causes of Action for a Failure to State a Claim Upon Which Relief Can Be Granted (Doc. #7). Specifically, Defendants' contend that the Plaintiffs' Third and Seventh Causes of Action fail to allege fraudulent misrepresentation and civil conspiracy with intent to defraud with the requisite particularity.

The Court finds that the viability of Plaintiffs' Third and Seventh Causes of Action will undoubtedly be clarified through the discovery process, and the claims as stated are sufficiently pled.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Third and Seventh Causes of Action for a Failure to State a Claim Upon Which Relief Can Be Granted (Doc. #7) is **DENIED**.

DATED: December 20, 2010.

_____
PHILIP M. PRO
United States District Judge