UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNESTINE KAHALEKAI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 2:10-cv-01889-PMP-LRL |
| PAULETTE KIMURA-SHIMABUKURO, et al., | ) **MINUTE ORDER** |
| Defendants. | ) |
| | ) Dated: March 16, 2011 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino   RECORDER:   None

COUNSEL FOR PLAINTIFF(S):   None Appearing

COUNSEL FOR DEFENDANT(S):   None Appearing

    Before the court is defendants' Motion to Quash Subpoena, etc. (#30).  The subpoena at issue is not attached to the motion as an exhibit.  Nor does the motion contain a description of the items to be produced, or indicate when such production is to be made.  The court is therefore unable to evaluate the propriety of the subpoena.  Accordingly,

    IT IS ORDERED that the motion to quash (#30) is denied without prejudice.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**