ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
**KENSINGTON HARTNETT LAW**
10120 S Eastern Ave, Suite 201
Henderson, NV 89052
Telephone: (702) 617-3200
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **ERNESTINE KAHALEKAI**, an individual; **HERBERT KAHALEKAI**, an individual; **DARREN DUNG**, an individual; **BARNEY BRUCKEN**, an individual; **MICHAEL KAWAIAEA**, an individual; **MFK UNLIMITED, LLC,** a Nevada LLC, Plaintiffs; v. **PAULETTE KIMURA-SHIMABUKURO**, an individual; **JAIMEE YOSHIZAWA**, an individual; **GRAND CANYON II LLC**, a Nevada LLC; **JAIMEE YOSHIZAWA INC. d/b/a PACIFIC CONCEPTS**, a Nevada corporation, and **DOES I through X**, inclusive; Defendants. | CASE NO. 10-cv-01889 |

### ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT JAIMEE YOSHIZAWA INC. d/b/a PACIFIC CONCEPTS

Defendant Jaimee Yoshizawa Inc., d/b/a Pacific Concepts ("YOSHIZAWA INC.") has failed to appear, plead or otherwise defend in this action. Default was entered on January 4, 2011, and counsel for Plaintiffs has requested judgment against the defaulted Defendant. Counsel for Plaintiffs has filed a proper Motion for Default Judgment ("Motion") and Affidavit in accordance with Federal Rule of Civil Procedure 55(a) and 55(b).

The Court, having reviewed the Motion, and having considered the pleadings and papers on file in this case, and good cause appearing therefore,

-2-

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED in full.
2. Judgment is hereby entered in favor of Plaintiffs Ernestine Kahalekai, Herbert Kahalekai, Darren Dung, Barney Brucken, and Michael Kawaiaea against Defendant YOSHIZAWA INC.
3. Defendant YOSHIZAWA INC. is liable to Plaintiffs for the amounts owed on the default promissory notes, namely **$597,374.80,** with post-judgment interest to accrue at the highest rate allowable by law. The components of this judgment amount are:

| | |
|---|---:|
| Principal, E & H Note | $105,000.00 |
| Late Charge, E & H Note | $3,150.00 |
| | |
| Principal, Darren Note | $250,000.00 |
| Interest, Darren Note | $181,541.10 |
| Less Interest paid | ($15,600.00) |
| Late Charge, Darren Note | $7,500.00 |
| | |
| Principal, Barney Note | $20,000.00 |
| Late Charge, Barney Note | $600.00 |
| | |
| Principal, Michael Note 1 | $30,000.00 |
| Less Principal repaid | ($6,000.00) |
| Interest, Michael Note 1 | $1,500.00 |
| Late Charge, Michael Note 1 | $900.00 |
| | |
| Principal, Michael, Note 2 | $13,000.00 |
| Interest, Michael Note 2 | $1,950.00 |
| Late Charge, Michael Note 2 | $390.00 |
| | |
| Attorney's Fees | $3,443.70 |
| | |
| **GRAND TOTAL** | **$597,374.80** |

///
///
///
///
///

4. This order constitutes FINAL JUDGMENT against Defendant YOSHIZAWA INC. in this case.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE or CLERK OF COURT

DATED:  June 10, 2011.