# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ERNESTINE KAHALEKAI, HERBERT KAHALEKAI, DARREN DUNG, BARNEY BRUCKEN, MICHAEL KAWAIAFA, MFK UNLIMITED, LLC, a Nevada LLC,

    Plaintiffs,

vs.

PAULETTE KIMURA-SHIMABUKURO, JAIMEE YOSHIZAWA, GRAND CANYON II LLC, a Nevada LLC, JAMIE Yoshizawa INC, d/b/a PACIFIC CONCEPTS, a Nevada corporation,

    Defendants.

2:10-CV-01889-PMP-LRL

**ORDER**

    The Court having read and considered Defendants' fully briefed Motion to Extend Discovery Deadlines (Doc. #44) and Plaintiffs' fully briefed Motion for Partial Summary Judgment Against Defendants Paulette Shimabukuro and Grand Canyon II, LLC on Complaint's First, Third, and Tenth Causes of Action (Doc. #47), and good cause appearing,

    **IT IS ORDERED that** Defendants' Motion to Extend Discovery Deadlines (Doc. #44) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiffs' Motion for Partial Summary Judgment Against Defendants Paulette Shimabukuro and Grand Canyon II, LLC on Complaint's First, Third, and Tenth Causes of Action (Doc. #47) is **DENIED**.

**IT IS FURTHER ORDERED that** the parties to this action shall file a Joint Pretrial Order in full compliance and provisions of this Court's Local Rules not later than **August 17, 2011**.

DATED:  July 18, 2011.

_____
PHILIP M. PRO
United States District Judge