UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERNESTINE KAHALEKAI, HERBERT KAHALEKAI, DARREN DUNG, BARNEY BRUCKEN, MICHAEL KAWAIAFA, MFK UNLIMITED, LLC, a Nevada LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PAULETTE KIMURA-SHIMABUKURO, JAIMEE YOSHIZAWA, GRAND CANYON II LLC, a Nevada LLC, JAMIE Yoshizawa INC, d/b/a PACIFIC CONCEPTS, a Nevada corporation,<br><br>Defendants. | 2:10-CV-01889-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Defendants Paulette Shimabukuro and Grand Canyon II, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. #61) filed July 18, 2011, and Plaintiffs' Response in Opposition thereto (Doc. #64) and good cause appearing,

**IT IS ORDERED that** Defendants Paulette Shimabukuro and Grand Canyon II, LLC's Motion to Dismiss for Lack of Subject matter Jurisdiction (Doc. #61) is **DENIED**.

DATED: August 18, 2011.

_____
PHILIP M. PRO
United States District Judge