H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
CJD LAW GROUP, LLC
6293 Dean Martin Drive, Ste. G
Las Vegas, Nevada 89118
(702) 823-3500
Attorneys for Debtor/Defendant,
Jaimee Yoshizawa

# UNITED STATES COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTINE KAHALEKAI, an individual; HERBERT KAHALEKAI, an individual; DARREN DUNG, an individual; BARNEY BRUCKEN, an individual; MICHAEL KAWAIAEA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PAULETTE KIMURA-SHIMABUKURO, an individual; JAIMEE YOSHIZAWA, an individual; GRAND CANYON II LLC, a Nevada LLC; JAIMEE YOSHIZAWA INC. d/b/a PACIFIC CONCEPTS, a Nevada corporation, and DOES I through X, inclusive;<br><br>Defendants. | Case No.: 10-cv-01889<br><br>**ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX**<br><br>No Hearing Requested |

1

The Court hereby grants the *Ex Parte Motion to Withdraw and Remove Counsel from CM/ECF Service List and Mailing Matrix* filed by H. Stan Johnson, Esq. of CJD Law Group, LLC, counsel for Jaimee Yoshizawa, an individual and Jamiee Yoshizawa Inc., a Nevada corporation, in the above-captioned matter. The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing H. Stan Johnson, Esq. and Brian A. Morris, Esq. from the C/ECF Service List and Mailing Matrix.

SUBMITTED BY:

/s/ H. Stan Johnson
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
6293 Dean Martin Drive, Ste. G
Las Vegas, Nevada  89118
Attorneys for Debtor/Defendant,
Jaimee Yoshizawa

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2011.